CHARLES OTTMAN, Respondent, *v.* THE SCHENECTADY CO-OPER-ATIVE REALTY COMPANY et al., Respondents, and CLARENCE F. SHANK et al., Comprising the Firm of SHANK & SHEPHARD et al., Appellants.

*Ottman* v. *Schenectady Co-operative Realty Co.,* 119 App. Div. 736, affirmed.

(Argued December 2, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 13, 1907, affirming a judgment entered upon the report of a referee in an action to foreclose a mechanic's lien.

*R. J. Cooper* and *William Dewey Loucks* for appellants.

*John D. Miller, Everett Smith, Jacob W. Clute* and *H. G. Glen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARLELETT, HISCOCK and CHASE, JJ.